# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia - Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Demetrius John Ervin | ) Case No: 4:12-CR-00232-1 |
| | ) USM No: 17030-043 |
| Date of Original Judgment: June 25, 2014 | ) Daniel Christian Jenkins |
| Date of Previous Amended Judgment: Not Applicable | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

FILED U.S. DISTRICT COURT SAVANNAH DIV. JUL -8 2015 CLERK SO. DIST. OF GA

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168__ months **is reduced to** __141 months (the sentence as to Counts 1, 2 and 4 is reduced to 81 months, and the sentence as to Count 3 remains at 60 months, to be served consecutively)__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __June 25, 2014,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __July 8, 2015__

*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: __November 1, 2015__
*(if different from order date)*